10/10/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Wednesday November 12, 2003

3:15 p.m.

CASE NO.   3-03-cv-617 Grzegorczyk v M & M Getty Svc, Inc
-------------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Julie A. Harris | Law Offices of George J. DuBorg, 200 Glastonbury Blvd. Ste. 301, Glastonbury, CT 860-633-4797 |
| Michael Stanton Hillis | Dombroski Knapsack & Hillis, 205 Whitney Ave., New Haven, CT 203-624-9096 |
| John R. Horan | Fox Horan & Camerini, 825 Third Ave., New York, NY 212-480-4800 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

**STATUS CONFERENCE HELD**

DATE: 11/12/03

15 min.