UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday December 4, 2003
1:45 p.m.

CASE NO. 3:03cv617 MRK    Grzegorczyk v M&M Getty

Julie A. Harris
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Ste. 301
Glastonbury, CT 06033


Michael Stanton Hillis
Dombroski Knapsack & Hillis
205 Whitney Ave.
New Haven, CT 06511


John R. Horan
Fox Horan & Camerini
825 Third Ave.
New York, NY 10022


STATUS CONFERENCE HELD

DATE: 12/4/03

10 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK