# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED

Dec 8  3 23 PM '03

U.S. DISTRICT COURT
NEW HAVEN CONN

| | |
|---|---|
| DARIUSZ GRZEGORCZYK | : |
| | : Case No.: 3:03cv00617 (MRK) |
| v. | : |
| | : DECEMBER 3, 2003 |
| M & M GETTY SERVICE INC., et al. | : |

## MOTION FOR DEFAULT FOR FAILURE TO APPEAR

Pursuant to Federal Rules of Civil Procedure Rule 55(a), the plaintiff, **DARIUSZ GRZEGORCZYK,** respectfully represents that the defendants, **M & M GETTY SERVICE INC.; PRIME GETTY AUTO SERVICES INC.; ODELL GETTY, INC.; and, ISRAR A. KAHN,** have failed to appear or otherwise defend the above captioned matter and therefore moves that a default be entered against the defendants, **M & M GETTY SERVICE INC.; PRIME GETTY AUTO SERVICES INC.; ODELL GETTY, INC.; and, ISRAR A. KAHN.**

RESPECTFULLY SUBMITTED
THE PLAINTIFF
**DARIUSZ GRZEGORCZYK**

By: _/s/ Michael S. Hillis_
**MICHAEL S. HILLIS**
Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096 - phone
(203) 624-1308 - facsimile
Federal Bar No.: **ct11867**

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **MOTION FOR DEFAULT FOR FAILURE TO APPEAR** was mailed, postage prepaid, on this **3rd** day of **DECEMBER, 2003**, to all counsel and pro se parties of record, as follows:

**STEVEN J. MONN**
**MEISELMAN, DENLEA, PACKMAN & EBERZ, P.C.**
1311 Mamaroneck Avenue
P.O. Box 5057
White Plains, New York 10602

**JULIE A. HARRIS, ESQ.**
**LAW OFFICES OF DUBORG & FARRELL**
200 Glastonbury Boulevard (#301)
Glastonbury, Connecticut 06033

**JOHN R. HORAN, ESQ.**
**JONATHAN MAZER, ESQ.**
**FOX, HORAN & CAMERINI LLP**
825 Third Avenue
New York, New York 10022

**M & M GETTY SERVICE INC.**
1245 Nepperhan Avenue
Yonkers, New York 10703

**PRIME GETTY AUTO SERVICES INC.**
1245 Nepperhan Avenue
Yonkers, New York 10703

**ODELL GETTY, INC.**
1245 Nepperhan Avenue
Yonkers, New York 10703

**ISRAR A. KAHN**
6 Fairmount Street
Valley Stream, New York 11580-3016

_____
**MICHAEL S. HILLIS**