UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 17  11 19 AM '03

*******************************************************

| | |
|---|---|
| DARIUSZ GRZEGORCZYK <br> Plaintiff | CIVIL ACTION <br> 3:03CV00617 (DJS) MRK |
| V. | |
| M&M GETTY SERVICE, INC., ET AL. <br> Defendants | DECEMBER 12, 2003 |

*******************************************************

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local 7(b), the defendant, GETTY PETROLEUM MARKETING, INC., requests an extension of the time of thirty (30) days within which to answer or object to the Plaintiff's Interrogatories filed under Rules 31 and 33 of the Federal Rules of Civil Procedure, as well as to answer or object to Requests for Production or Inspection filed under Rule 34 of the Federal Rules of Civil Procedure.

The defendant, by counsel, received the November 21, 2003 requests on November 24, 2003. The defendant is requesting an extension of thirty days, or until February 21, 2004 to respond.

The attorney representing the plaintiff, Michael Hillis, was contacted by telephone on December 11, 2003 and he has no objection to this Motion for Extension of Time.

This is the first request for an extension of time filed by this defendant.

DEFENDANTS, GETTY PETROLEUM
CORP. n/k/a GETTY PROPERTIES CORP.
a/k/a GETTY PETROLEUM MARKETING,
INC.

BY _____
Julie A. Harris         (CT 06209)
Law Offices of Brian J. Farrell, Jr.
200 Glastonbury Boulevard, #301
Glastonbury, CT 06033
Tel.: 860-633-4797
Fax: 860-633-0694

## CERTIFICATION

I hereby certify a copy of the foregoing Motion for Enlargement of Time was mailed December /2, 2003, postage prepaid, to all counsel and pro se parties of record as of said date:

Michael S. Hillis (CT 11867)
Dombroski, Knapsack & Hillis, LLC
205 Whitney Avenue
New Haven, CT 06511
Tele: 203-624-9096
Fax: 203-624-1308
   *For the plaintiff*


John R. Horan, Esquire
Jonathan Mazer, Esquire
Fox Horan & Camerini LLP
825 Third Avenue
New York NY 10022
Tel: 212/480-4800
Fax: 212/269-2383
Fed. Bar No.: JRHoran 8238)
   *For Def: Leigh's Limousine, Inc. a/k/a Leigh Limousine a/k/a Interstate Corporate Car, Inc. a/k/a Leigh's Interstate Corporate Car*

Steven J. Monn, Esquire
Meiselman Denlea Packman & Eberz PC
1311 Mamaroneck Avenue
P O Box 5057
White Plains NY 10602
Tel: 914/517-5000
Fax: 914/517-5055
Fed. Bar No. CT 19096
   *For Def: Abele, Inc. and O'Kane Limousine Service, Inc.*


_____
Julie A. Harris