## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARIUS GRZEGORCYZK, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:03 CV 00617 (MRK) |
| | : | |
| v. | : | |
| | : | |
| M & M GETTY SERVICE INC., ET AL, | : | |
| | : | |
| Defendants. | : | |

## ORDER

Defendant Getty Petroleum Marketing, Inc.'s Motion for Enlargement of Time [Doc. #35], dated December 12, 2003, is hereby **GRANTED** absent objection. Defendant shall respond to plaintiff's Interrogatories and Requests for Production or Inspection on or before February 21, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: December 30, 2003.