UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

MAR 19  12 40 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

DARIUSZ GRZEGORCZYK

v.

M & M GETTY SERVICE INC., et al.

Case No.: 3:03cv00617 (MRK)

MARCH 16, 2004

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b), the plaintiff, **DARIUSZ GRZEGORCZYK**, hereby moves for an extension of time with regard to Case Management Plan deadlines and respectfully requests that said deadlines be extended as follows:

**E.   Discovery.**

  2.   Discovery completed by June 1, 2004.

  7.   Plaintiff intends to call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by April 30, 2004. Depositions of any such experts will be completed by June 30, 2004.

  8.   Defendants intend to call expert witnesses at trial. Defendants will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed.R.Civ.P. 26(a)(2) by May 31, 2004. Depositions of any such experts will be completed by July 30, 2004.

9. **A damages analysis will be provided by any party who has a claim or counterclaim for damages on or before April 1, 2004.**

F. **Dispositive Motions.** Dispositive motions will be filed on or before **July 1, 2004.**

The reason for the plaintiff's request is that he is currently receiving ongoing treatment from his doctors for injuries occurring as a result of the accident.

Plaintiff's counsel's office has contacted counsel for the defendants and there is no objection to this Motion.

```
                                RESPECTFULLY SUBMITTED
                                THE PLAINTIFF
                                DARIUSZ GRZEGORCZYK


                        By: _____/s/ Michael S. Hillis_____
                                MICHAEL S. HILLIS
                                DOMBROSKI, KNAPSACK & HILLIS LLC
                                129 Whitney Avenue
                                New Haven, Connecticut 06510
                                (203) 624-9096
                                (203) 624-1308 (Fax)
                                Federal Bar No.: ct11867
```

## CERTIFICATION

I hereby certify that a copy of the foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME** has been mailed, first class, postage pre-paid, this **16th** day of **MARCH, 2004**, to the following counsel of record:

**JULIE A. HARRIS, ESQ.**
**LAW OFFICES OF DUBORG & FARRELL**
200 Glastonbury Boulevard (#301)
Glastonbury, Connecticut 06033

**STEVEN J. MONN, ESQ.**
**MEISELMAN, DENLEA, PACKMAN & EBERZ, P.C.**
1311 Mamaroneck Avenue
P.O. Box 5057
White Plains, New York 10602

**JOHN R. HORAN, ESQ.**
**JONATHAN MAZER, ESQ.**
**FOX, HORAN & CAMERINI LLP**
825 Third Avenue
New York, New York 10022

_____
**MICHAEL S. HILLIS**