FILED
MAR 29  3 14 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIUSZ GRZEGORCZYK : <br> : <br> v. : <br> : <br> M&M GETTY SERVICE INC.; : <br> PRIME GETTY AUTO SERVICES INC.; : <br> GETTY PETROLEUM CORP. n/k/a : <br> GETTY PROPERTIES CORP a/k/a : <br> GETTY PETROLEUM MARKETING INC.; : <br> GETTY PETROLEUM MARKETING INC.; : <br> ODELL GETTY, INC.; : <br> ISRAR A. KAHN; : <br> ABELE INC.; : <br> LEIGH'S LIMOUSINE, INC. a/k/a : <br> LEIGH LIMOUSINE a/k/a : <br> INTERSTATE CORPORATE CAR, INC. a/k/a : <br> LEIGH'S INTERSTATE CORPORATE CAR; : <br> and, O'KANE LIMOUSINE SERVICE INC. : | Docket No. 3:03cv00617 (MRK) <br><br> **March 23, 2004** |

### MOTION FOR DEFAULT ON CROSS CLAIMS FOR FAILURE TO APPEAR

Pursuant to Federal Rules of Civil Procedure Rule 55(a), the defendant, ABELE

INC., respectfully represents that the defendants, M & M GETTY SERVICE INC.;

PRIME GETTY AUTO SERVICES INC.; ODELL GETTY INC.; and, ISRAR A. KAHN,

have failed to appear or otherwise defend the above captioned matter and therefore

moves that a default as an instant defendant's cross claims be entered against the

defendants, M & M GETTY SERVICE INC.; PRIME GETTY AUTO SERVICES INC.; ODELL GETTY INC.; and, ISRAR A. KAHN.

                RESPECTFULLY SUBMITTED
                THE PLAINTIFF
                DARIUSZ GRZEGORCZYK

By:_____
                STEVEN J. MONN
                MEISELMAN, DENLEA, PACKMAN,
                CARTON & EBERZ P.C.
                1311 Mamaroneck Avenue
                Mamaroneck, New York 10605
                914-517-5000
                914-517-5055
                Federal Bar No.: ct19096

00139539.WPD

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the following MOTION FOR DEFAULT ON CROSS CLAIMS FOR FAILURE TO APPEAR was mailed, postage prepaid, on this 25th day of March, 2004, to all counsel and pro se parties of record, as follows:

JULIE A. HARRIS, ESQ.
LAW OFFICES OF DUBORG & FARRELL
200 Glastonbury Boulevard (#301)
Glastonbury, Connecticut 06033

M & M GETTY SERVICE INC.
1245 Nepperhan Avenue
Yonkers, New York 10703

PRIME GETTY AUTO SERVICES INC.
1245 Nepperhan Avenue
Yonkers, New York 10703

ODELL GETTY, INC.
1245 Nepperhan Avenue
Yonkers, New York 10703

ISRAR A. KAHN
6 Fairmount Street
Valley Stream, New York 11580-3016

Dombroski, Knapsack & Hillis LLC
205 Whitney Avenue
New Haven, Connecticut 06511

_____
STEVEN J. MONN

00139539.WPD

3