UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday, April 13, 2004
8:45 a.m.

CASE NO. **3:03cv617 MRK**   **Grzegorczyk v M&M Getty**

Julie A. Harris
Law Offices of George J. DuBorg
200 Glastonbury Blvd.
Ste. 301
Glastonbury, CT 06033

STATUS CONFERENCE HELD

DATE: 4/13/04

10 min.

Michael Stanton Hillis
Dombroski Knapsack & Hillis
205 Whitney Ave.
New Haven, CT 06511

John R. Horan
Fox Horan & Camerini
825 Third Ave.
New York, NY 10022

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK