UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Grzegorczyk

V.                                Case Number: 3:03cv617 (MRK)

M & M Getty Svc, Inc, et al

## NOTICE TO COUNSEL

The above-entitled case was reported to the Court on <u>April 22, 2004</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on May 22, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, April 22, 2004.

                KEVIN F. ROWE, CLERK

                By: <u>/s/ Kenneth R. Ghilardi</u>
                     Kenneth R. Ghilardi
                     Deputy Clerk