UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIUSZ GRZEGORCZYK | : |
| | : Case No.: 3:03cv00617 (MRK) |
| v. | : |
| | : |
| M & M GETTY SERVICE INC., et al. | : MAY 21, 2004 |

### STIPULATION AS TO VOLUNTARY DISMISSAL AS TO DEFENDANT, LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR and O'KANE LIMOUSINE SERVICE INC.

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the voluntary dismissal without prejudice of the entire Complaint as to the defendants, **LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR and O'KANE LIMOUSINE SERVICE INC.** The defendants, **LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR,** hereby dismiss without prejudice any cross claim asserted against the undersigned co-defendants, **GETTY PETROLEUM CORP. n/k/a GETTY PROPERTIES CORP a/k/a GETTY PETROLEUM MARKETING INC.; GETTY PETROLEUM MARKETING INC.; ABELE INC.; and, O'KANE LIMOUSINE SERVICE INC.** The defendants, **ABELE INC.; and, O'KANE LIMOUSINE SERVICE INC.,** hereby dismiss without prejudice their cross claim against the defendant, **LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR.** Each party is to bear its own costs.

Date: 5/24/04

RESPECTFULLY SUBMITTED
THE PLAINTIFF
**DARIUSZ GRZEGORCZYK**


By: _____
**MICHAEL S. HILLIS**
DOMBROSKI, KNAPSACK & HILLIS LLC
205 Whitney Avenue
New Haven, Connecticut 06511
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

2

Date: 5/20/2004

RESPECTFULLY SUBMITTED
THE DEFENDANTS
**GETTY PETROLEUM CORP. n/k/a GETTY
PROPERTIES CORP a/k/a GETTY PETROLEUM
MARKETING INC.; and,
GETTY PETROLEUM MARKETING INC.**

By: _____
**JULIE A. HARRIS**
LAW OFFICES OF DUBORG & FARRELL
200 Glastonbury Boulevard (#301)
Glastonbury, Connecticut 06033
(860) 633-4797
(860) 633-0694 (Fax)
Federal Bar No.: ct06209

3

Date: _____5/24/04_____

                            RESPECTFULLY SUBMITTED
                            THE DEFENDANTS
                            **ABELE INC.; and,**
                            **O'KANE LIMOUSINE SERVICE INC.**

By: _____/s/ Steven J. Monn_____
     **STEVEN J. MONN**
     MEISELMAN, DENLEA, PACKMAN & EBERZ, P.C.
     1311 Mamaroneck Avenue
     P.O. Box 5057
     White Plains, New York 10602
     (914) 517-5000
     (914) 517-5055 (Fax)
     Federal Bar No.: ct19096

Date: 3/12/04

                  RESPECTFULLY SUBMITTED
                  THE DEFENDANT
                  **LEIGH'S LIMOUSINE, INC.**
                  **a/k/a LEIGH LIMOUSINE**
                  **a/k/a INTERSTATE CORPORATE CAR, INC.**
                  **a/k/a LEIGH'S INTERSTATE CORPORATE CAR**

By: _/s/ John R. Horan_____
     JOHN R. HORAN (JRH-8238)
     JONATHAN MAZER (not admitted in Connecticut
     District Court)
     FOX, HORAN & CAMERINI LLP
     825 Third Avenue
     New York, New York 10022
     (212) 480-4800
     (212) 269-2383 (Fax)