UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DARIUSZ GRZEGORCZYK : 
 : Case No.: 3:03cv00617 (MRK)
v. : 
 : MAY 20, 2004
M & M GETTY SERVICE INC., et al. : 

## STIPULATION AS TO DISMISSAL

The undersigned legal counsel on behalf of the plaintiff, **DARIUSZ GRZEGORCZYK,** and the defendants, **ABELE INC.; GETTY PETROLEUM CORP. n/k/a GETTY PROPERTIES CORP a/k/a GETTY PETROLEUM MARKETING INC.; and, GETTY PETROLEUM MARKETING INC.**, stipulate to a dismissal of the cause of action of the plaintiff against the defendants, **ABELE INC.; GETTY PETROLEUM CORP. n/k/a GETTY PROPERTIES CORP a/k/a GETTY PETROLEUM MARKETING INC.; and, GETTY PETROLEUM MARKETING INC.**, with prejudice and without costs.

THE PLAINTIFF
DARIUSZ GRZEGORCZYK

By: _____
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867

Date: _May 20 2004_

                THE DEFENDANTS
                GETTY PETROLEUM CORP.
                n/k/a GETTY PROPERTIES
                CORP a/k/a GETTY PETROLEUM
                MARKETING INC.; and, GETTY
                PETROLEUM MARKETING INC.

By: _____
            JULIE A. HARRIS
            LAW OFFICES OF DUBORG & FARRELL
            200 Glastonbury Boulevard (#301)
            Glastonbury, Connecticut 06033
            (860) 633-4797
            (860) 633-0694 (Fax)
            Federal Bar No.: ct06209

Date: 5/24/04

                RESPECTFULLY SUBMITTED
                THE DEFENDANT
                **ABELE INC.**

By: _____
       **STEVEN J. MONN**
       MEISELMAN, DENLEA, PACKMAN & EBERZ, P.C.
       1311 Mamaroneck Avenue
       P.O. Box 5057
       White Plains, New York 10602
       (914) 517-5000
       (914) 517-5055 (Fax)
       Federal Bar No.: ct19096