UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DARIUSZ GRZEGORCZYK

v.

M & M GETTY SERVICE INC., et al.

Case No.: 3:03cv00617 (MRK)

MAY 20, 2004

### STIPULATION AS TO DISMISSAL

The undersigned legal counsel on behalf of the plaintiff, **DARIUSZ GRZEGORCZYK,** and the defendants, **ABELE INC.; GETTY PETROLEUM CORP. n/k/a GETTY PROPERTIES CORP a/k/a GETTY PETROLEUM MARKETING INC.; and, GETTY PETROLEUM MARKETING INC.**, stipulate to a dismissal of the cause of action of the plaintiff against the defendants, **ABELE INC.; GETTY PETROLEUM CORP. n/k/a GETTY PROPERTIES CORP a/k/a GETTY PETROLEUM MARKETING INC.; and, GETTY PETROLEUM MARKETING INC.**, with prejudice and without costs.

THE PLAINTIFF
DARIUSZ GRZEGORCZYK

By: _____
MICHAEL S. HILLIS
DOMBROSKI, KNAPSACK & HILLIS LLC
129 Whitney Avenue
New Haven, Connecticut 06510
(203) 624-9096
(203) 624-1308 (Fax)
Federal Bar No.: ct11867