UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIUSZ GRZEGORCZYK | : |
| | : Case No.: 3:03cv00617 (MRK) |
| v. | : |
| | : |
| M & M GETTY SERVICE INC., et al. | : MAY 21, 2004 |

### STIPULATION AS TO VOLUNTARY DISMISSAL AS TO DEFENDANT, LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR and O'KANE LIMOUSINE SERVICE INC.

Pursuant to Fed.R.Civ.P. 41(a)(1), the parties hereby stipulate to the voluntary dismissal without prejudice of the entire Complaint as to the defendants, **LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR and O'KANE LIMOUSINE SERVICE INC.** The defendants, **LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR,** hereby dismiss without prejudice any cross claim asserted against the undersigned co-defendants, **GETTY PETROLEUM CORP. n/k/a GETTY PROPERTIES CORP a/k/a GETTY PETROLEUM MARKETING INC.; GETTY PETROLEUM MARKETING INC.; ABELE INC.; and, O'KANE LIMOUSINE SERVICE INC.** The defendants, **ABELE INC.; and, O'KANE LIMOUSINE SERVICE INC.,** hereby dismiss without prejudice their cross claim against the defendant, **LEIGH'S LIMOUSINE, INC. a/k/a LEIGH LIMOUSINE a/k/a INTERSTATE CORPORATE CAR, INC. a/k/a LEIGH'S INTERSTATE CORPORATE CAR.** Each party is to bear its own costs.