UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARIUS GRZEGORCYZK, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:03 CV 00617 (MRK) |
| | : | |
| v. | : | |
| | : | |
| M & M GETTY SERVICE INC., ET AL, | : | |
| | : | |
| Defendants. | : | |

## ORDER

A Motion for Default (doc #33) was filed on December 8, 2003 for having failed to appear or otherwise defend the above captioned matter. Default enters pursuant to Rule 55(a) FRCP. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed as to defendants M&M Getty Service Inc., Prime Getty Auto Services Inc. Odell Getty Inc., Israr A. Kahn for having failed to appear or otherwise defend the above captioned matter within 30 days or the complaint will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

A Motion for Default on cross claims for failure to appear (doc #39) was filed on March 29, 2004. Default enters pursuant to Rule 55(a) FRCP. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed as to defendants M&M Getty Service Inc., Prime Getty Auto Services Inc. Odell Getty Inc., Israr A. Kahn for having failed to appear or otherwise defend the above captioned matter within 30 days or the cross claim will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

Dated at New Haven, Connecticut, June 15, 2004.

                            KEVIN F. ROWE, CLERK


                    By: /s/ Kenneth R. Ghilardi  
                         Kenneth R. Ghilardi  
                         Deputy Clerk