**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

| | |
|---|---|
| **DARIUSZ GRZEGORCZYK** | : |
| | : |
| v. | :   Case No.: 3:03cv00617 (MRK) |
| | : |
| | :   JULY 15, 2004 |
| **M & M GETTY SERVICE INC., et al.** | : |

---

### MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b), Fed.R.Civ.P., the plaintiff, **DARIUSZ GRZEGORCZYK**, respectfully motions for a default judgment to be entered against the defendants, **M & M GETTY SERVICE INC.; PRIME GETTY AUTO SERVICES INC.; ODELL GETTY, INC.; and, ISRAR A. KAHN.** The plaintiff, **DARIUSZ GRZEGORCZYK**, is hereby requesting a hearing to determine the amount of damages.

> RESPECTFULLY SUBMITTED
> THE PLAINTIFF
> **DARIUSZ GRZEGORCZYK**
>
>
> By: _____
> **MICHAEL S. HILLIS**
> DOMBROSKI, KNAPSACK & HILLIS LLC
> 129 Whitney Avenue
> New Haven, Connecticut 06510
> (203) 624-9096
> (203) 624-1308 (Fax)
> Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing **Motion for Default Judgment** was mailed, postage prepaid, on this **15th** day of **July, 2004**, to all counsel and pro se parties of record, as follows:

**M & M GETTY SERVICE INC.**
1245 Nepperhan Avenue
Yonkers, New York 10703

**PRIME GETTY AUTO SERVICES INC.**
1245 Nepperhan Avenue
Yonkers, New York 10703

**ODELL GETTY, INC.**
1245 Nepperhan Avenue
Yonkers, New York 10703

**ISRAR A. KAHN**
6 Fairmount Street
Valley Stream, New York 11580-3016

_____
**MICHAEL S. HILLIS**