UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIUS GRZEGORCYZK, : | |
| : | |
| Plaintiff, : | CIVIL NO. 3:03 CV 00617 (MRK) |
| : | |
| v. : | |
| : | |
| M & M GETTY SERVICE INC., ET AL, : | |
| : | |
| Defendants. : | |

## ORDER

In light of the Default entered against Defendants M & M Getty Service Inc.; Prime Getty Auto Services Inc.; Odell Getty, Inc.; and Israr A. Kahn by this Court on June 15, 2004 [doc. # 48], and the representations in the Motion for Default Judgment against M & M Getty Service Inc.; Prime Getty Auto Services Inc.; Odell Getty, Inc.; and Israr A. Kahn [doc.# 49], the Court GRANTS the Motion for Default Judgment [doc. # 49]. Damages will be set by Magistrate Judge Garfinkel at a hearing he will convene for that purpose [doc. # 50].

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

**Dated at New Haven, Connecticut: July 19, 2004**.