UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
DARIUSZ GRZEGORCZYK,                  :
    Plaintiff,                        :
         vs.                          : No. 3:03cv00617(MRK)(WIG)
M & M GETTY SERVICE, INC.,            :
ET AL.,                               :
    Defendants.                       :
------------------------------------X
```

**ORDER TO SHOW CAUSE**

On July 19, 2004, Plaintiff's Motion for Default Judgment was granted by the Hon. Mark R. Kravitz, and this case was referred to the Undersigned for a hearing on damages. On five separate occasions, the Undersigned has issued a Scheduling Order, setting a hearing for the purpose of receiving evidence on the issue of damages. The first four hearings were postponed at the request of Plaintiff's counsel. At the most recent hearing, scheduled for January 24, 2006, at 2:00 p.m., Plaintiff's counsel simply failed to appear and did not respond to telephone calls to his office inquiring as to his whereabouts.

There has been no activity of record in this case for 18 months, other than the Scheduling Orders issued by the Undersigned.

Accordingly, the Court hereby issues this Order to Show Cause, requiring Counsel for Plaintiff to file a written response

1

within twenty (20) days of the date of this Order explaining why this action should not be dismissed for lack of prosecution. Failure to comply with this Order on a timely basis will result in a recommended ruling of dismissal with prejudice.

SO ORDERED, this 25th day of January, 2006, at Bridgeport, Connecticut.

                                                 /s/ *William I. Garfinkel*
                                                WILLIAM I. GARFINKEL,
                                                United States Magistrate Judge