UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIUSZ GRZEGORCZYK | : Case No.: 3:03cv00617 (MRK) (WIG) |
| v. | : |
| M & M GETTY SERVICE INC., et al. | : FEBRUARY 14, 2006 |

### RESPONSE TO ORDER TO SHOW CAUSE
### DATED JANUARY 25, 2006

The Plaintiff, **DARIUSZ GRZEGORCZYK**, through counsel hereby respectfully requests that dismissal with prejudice not be entered with regard to the above captioned matter. While good cause does not exist, Plaintiff's failure to attend the hearing in damages was not willful nor meant as an insult to the Court. Plaintiff's counsel was on trial presenting Plaintiff's case before a jury on the matter known as **Hock v. Kalimian**, and bearing docket number **CV-03-0476331-S**, before the Honorable Judge Blue in New Haven Superior Court. While the client was notified prior to the hearing not to attend, leave was inadvertently and mistakenly not obtained by this Honorable Court even though undersigned counsel thought it had been. Undersigned counsel offers this not as an excuse but as an explanation.

More importantly, Plaintiff's counsel will accept any sanction imposed by this Court as being proper and just because of counsel's past experience. It is hoped that Plaintiff's counsel's negligence will not be perceived as disrespect to this Court.

           RESPECTFULLY SUBMITTED
           THE PLAINTIFF
           **DARIUSZ GRZEGORCZYK**

        By: *[signature]*
           **MICHAEL S. HILLIS**
           DOMBROSKI, KNAPSACK & HILLIS LLC
           129 Whitney Avenue
           New Haven, Connecticut 06511
           (203) 624-9096
           Federal Bar No.: ct11867

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Response to Order to Show Cause was mailed on February 14, 2006, to all counsel and pro se parties of record.

**CHAMBERS OF THE HONORABLE WILLIAM I. GARFINKEL**
U.S. District Court
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

_____
MICHAEL S. HILLIS