# United States District Court

DISTRICT OF _____

Dariusz Grzegorczyk
v.
M+M Getty Inc., et al

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:03CV617(MRK)(WIG)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Wm. Garfinkel | Michael Hillis | — No one appeared |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3-6-06 | S. Baldwin | C. Sanders |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | 3/6 | 3/6 | Medical Bills |
| 2 | | | 3/6 | 3/6 | Medical Records |
| ✓ | | | | | |
| | | | | | Dariusz Grzegorczyk, Derby, CT |
| | | | | | |
| | | | | | Per instructions by the Court, exhibits not returned. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages