UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
DARIUSZ GRZEGORCZYK,            :
      Plaintiff,                :
                                :
      vs.                       :     No. 3:03cv00617(MRK)(WIG)
                                :
M & M GETTY SERVICE, INC.,      :
et al.,                         :
      Defendants.               :
-------------------------------------------------------X
```

**RECOMMENDED RULING ON DAMAGES**

This personal injury action was referred to the Undersigned for a hearing on damages against the remaining Defendants, M&M Getty Service, Inc., Prime Getty Auto Services, Inc., Odell Getty, Inc., and Israr A. Kahn, against which a default has been entered. A hearing was held on March 6, 2006, at which Plaintiff, represented by counsel, testified. Additionally, the court received into evidence Plaintiff's medical records and medical bills for treatment Plaintiff received as a result of the automobile accident that is the subject of this lawsuit.

Based on the evidence introduced at the hearing and the testimony of Plaintiff, the Undersigned recommends an award of damages in favor of Plaintiff and against the Defendants jointly and severally in the amount of $256,100, representing $255,000 in non-economic losses, and $1,100 in economic losses after an offset for collateral source payments. Any objections to this recommended ruling must be filed with the Court within 10 days.

SO ORDERED, this 6th day of March, 2006, at Bridgeport, Connecticut.

       /s/ *William I. Garfinkel*
    WILLIAM I. GARFINKEL,
    United States Magistrate Judge