UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DARIUS GRZEGORCYZK, | : | |
| | : | |
| Plaintiff, | : | CIVIL NO. 3:03 CV 00617 (MRK) |
| | : | |
| v. | : | |
| | : | |
| M & M GETTY SERVICE INC., ET AL, | : | |
| | : | |
| Defendants. | : | |

## RULING

Upon review and pursuant to 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges (D. Conn.), and in the absence of any objection by the parties, U.S. Magistrate William. I. Garfinkel's Recommended Ruling on Damages [doc. # 62] is APPROVED AND ACCEPTED.  **The Clerk is directed to close the case.**

IT IS SO ORDERED.

/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: April 7, 2006