UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARIUS GRZEGORCYZK, : | |
| : | |
| Plaintiff, : | CIVIL NO. 3:03cv0617 (MRK) |
| : | |
| v. : | |
| : | |
| M & M GETTY SERVICE INC., : | |
| PRIME GETTY AUTO SVC, INC ., : | |
| ODELL GETTY, INC., : | |
| ISRAR A. KAHN, : | |
| : | |
| : | |
| Defendants. : | |

## JUDGMENT

This action came on for consideration before the Honorable Mark R. Kravitz, United States District Judge, and the Honorable William I. Garfinkel, United States Magistrate Judge, as a result of the plaintiff's Motion for Default Judgment.  On July 17, 2004,  an order entered granting the Motion for Default Judgment against the defendants, M & M Getty Service Inc.; Prime Getty Auto Services Inc.; Odell Getty, Inc.; and Israr A. Kahn. A hearing on damages was held on March 6, 2006, before the Honorable William I. Garfinkel, United States Magistrate Judge.  On March 7, 2006, a  Recommended Ruling on Damages entered ordering that final judgment enter for the plaintiff, against the defendants, M & M Getty Service Inc.; Prime Getty Auto Services Inc.; Odell Getty, Inc.; and Israr A. Kahn in the amount of $255,000.00 in non-economic losses, and $1,100.00 in economic losses after an offset for collateral source payments for a total of $256,100.00.  On April 10, 2006,  the Recommended Ruling was approved and accepted by the Honorable Mark R. Kravitz, United States District Judge.

EOD _____

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the plaintiff, against the defendant, M & M Getty Service Inc.; Prime Getty Auto Services Inc.; Odell Getty, Inc.; and Israr A. Kahn , in the amount of $256,100.00 in damages.

Dated at New Haven, Connecticut this 11th day of April  2006.

        KEVIN F. ROWE, Clerk
        By

       /s/ Kenneth R. Ghilardi
        Kenneth R. Ghilardi
        Deputy Clerk